Decided September 15, 1998

## HILLSHIRE HOUSE, INC., ET AL. *v.* M. KALFUS BUILDING AND DESIGN CORPORATION ET AL.

The defendants' petition on for certification for appeal from the Appellate Court (AC 18165) is denied.

*Leslie S. Hollo*, in support of the petition.

*Thomas E. Crosby*, in opposition.

Decided September 15, 1998